# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DUANE JONES, JR., | ) |
|      Plaintiff, | ) ) ) |
| v. | ) **Case No.: 5:10-cv-5612** |
| NCO FINANCIAL SYSTEMS, INC., | ) ) ) |
|      Defendants. | ) ) |

### STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41.1(b), counsel for all parties hereto stipulate to the dismissal with prejudice without cost to either party.

| | |
|---|---|
| /S/ Ross S. Enders | /S/ Craig Thor Kimmel |
| Ross S. Enders, Esquire | Craig Thor Kimmel, Esquire |
| Attorney for Defendant, | Attorney for the Plaintiff |
| | |
| Date: January 25, 2011 | Date: January 25, 2011 |

BY THE COURT:

_____
                                          J.