# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DUANE JONES, JR.,

    Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.,

    Defendants.

Case No.: 5:10-cv-5612

FILED

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41.1(b), counsel for all parties hereto stipulate to the dismissal with prejudice without cost to either party.

/S/ Ross S. Enders
Ross S. Enders, Esquire
Attorney for Defendant,

Date: January 25, 2011

/S/ Craig Thor Kimmel
Craig Thor Kimmel, Esquire
Attorney for the Plaintiff

Date: January 25, 2011

BY THE COURT:

R. BARCLAY SURRICK, J.

Date: 1/25/11

```
         MODE = MEMORY TRANSMISSION        START=JAN-25 17:27    END=JAN-25 17:29

         FILE NO.=838

STN NO.   COMM.   ABBR NO.   STATION NAME/TEL. NO.    PAGES      DURATION

  001      OK        ≊        18008631689            002/002    00:00:32
  002      OK        ≊        19087515944            002/002    00:00:20
```

-JUDGE R. BARCLAY SURRICK -

*******************************   -     - ***** -            - *********

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA
8614 UNITED STATES COURTHOUSE
INDEPENDENCE MALL WEST
SIXTH AND MARKET STREETS
PHILADELPHIA, PENNSYLVANIA 19106-1741

Chambers of
R. BARCLAY SURRICK
United States District Judge

(267) 299-7630

January 25, 2011

**To:** **Craig Thor Kimmel, Esquire**
KIMMEL & SILVERMAN PC
30 E. Butler Pike
Ambler, Pennsylvania 19002
Email: kimmel@creditlaw.com
Fax: 800-863-1689

**Ross S. Enders, Esquire**
SESSIONS FISHMAN NATHAN ISRAEL LLC
200 Route 31 North Suite 203
Flemington, New Jersey 08822
Fax: 908-751-5944

**Re:** *Duane Jones Jr. v. NCO Financial Systems, Inc.*
*Civil Docket No. 10-5612*

**Memo:** Signed Stipulation to follow.

**Via Fax:** Two (2) pages transmitted to include this cover page.